U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4801*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-2310* |
| *Larry D. Adams*<br>*Assistant United States Attorney* | | *TTY/TDD: 410-962-4462*<br>*Larry.Adams@usdoj.gov* |

February 25, 2008

The Honorable Deborah K. Chasanow
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland    20770

        Re: Lee Almany v. Collett
            Civil No: DKC 07-cv-1774

Dear Judge Chasanow:

    This letter will serve a status report on the above-captioned case.  I have been informed by agency counsel for CIS that Plaintiff should get notification very soon that her I-485 has been approved.

                        Very truly yours,

                        Rod J. Rosenstein
                        United States Attorney


                By:_____/s/_____
                        Larry D. Adams
                        Assistant United States Attorney

efc: Ruchi Thaker, Esq.